# EXHIBIT A

 

# CHICAGO TEACHERS UNION
# MEMBERSHIP APPLICATION

Name _JoAnne Troesch_

Address _4330 142nd Street_

City _Crestwood_   State _IL_   Zip _60445_

Cell Phone _708-289-6791_   Home Phone _708-289-6791_

Email (non-employer) _joannetroesch@gmail.com_

Employee ID _000050317_

School _Jones College Prep_   Job Title/Job Code _Tech Coordinator_

**IMPORTANT: Designation of Beneficiary for Death Benefit, available only to CTU members, is on the back.**

**Membership:** I hereby apply for membership in the Chicago Teachers Union ("Union"), which is authorized to act as my exclusive bargaining representative over wages, hours, and other terms and conditions of employment with my Employer. My membership in the Union, which is affiliated with the Illinois Federation of Teachers, AFT, AFL-CIO, shall be continuous unless I notify the Union President in writing of my resignation.

Signature _JoAnne Troesch_   Date _9/7/2017_

**Dues Authorization:** During my employment, I voluntarily authorize and direct my Employer to deduct from my pay each pay period, regardless of whether I am or remain a member of the Union, an amount equal to the dues and assessments certified by the Union, and to remit such amount monthly to the Union. This authorization and direction shall become revocable by sending written notice to the Union by United States Postal Service postmarked between August 1 and August 31. I understand that signing this card is not a condition of my employment.

**IRS Disclaimer:** Payments to the Union are not deductible as charitable donations for federal income tax purposes. However, they may be tax deductible as ordinary and necessary business expenses.

**Telephone Consumer Protection Act Statement:** I authorize the Union and its affiliates to use automated calling technologies and to text message me on my cell phone on a periodic basis, and understand that I can unsubscribe from these messages. The Union will never charge for text message alerts; carrier message and data rates may apply to such texts.

Signature _JoAnne Troesch_   Date _9/7/2017_

**Voluntary Political Action Committee Deduction:** I voluntarily authorize and direct my Employer to deduct from my salary each month the Voluntary Political Action Committee deduction designated below for the purpose of making political contributions in federal, state and local elections, and to forward that amount to the CTU/PAC, 1901 W. Carroll Avenue, Chicago, IL 60612-2401. Such deduction is to start immediately upon this authorization. I understand that I will not be favored or disadvantaged due to the amount of my contribution or refusal to contribute, and this authorization is not a condition of my employment. I release and discharge the Chicago Board of Education from liability arising as the result of the authorization and direction herein given. This authorization and direction shall remain in full force and effect while I am employed by my Employer, or until revoked by me in writing to the Chicago Teachers Union and my Employer.

**Yes! I want to see our elected officials stand up for publicly funded public education! I am volunteering to contribute to CTU PAC the designated monthly dollar amount of: $5.00 _____ $10.00 _____ $20.00 _____**

Signature_____   Date_____



# CHICAGO TEACHERS UNION
# MEMBERSHIP APPLICATION



**Name** _Ifeoma Nkemdi_   6 1.17.34

**Address** _8006 S. Rhodes_   6009

**City** _Chicago_   **State** _IL_   **Zip** _60619_

**Cell Phone** _312 804-0360_   **Home Phone** ____

**Email (non-employer)** _Ifeoma.nkemdi.73@gmail.com_

**Employee ID** _000135830_

**School** _Newberry School_   **Job Title/Job Code** _Dance Teacher_

**IMPORTANT: Designation of Beneficiary for Death Benefit, available only to CTU members, is on the back.**

---

**Membership:** I hereby apply for membership in the Chicago Teachers Union ("Union"), which is authorized to act as my exclusive bargaining representative over wages, hours, and other terms and conditions of employment with my Employer. My membership in the Union, which is affiliated with the Illinois Federation of Teachers, AFT, AFL-CIO, shall be continuous unless I notify the Union President in writing of my resignation.

**Signature** _[signature]_   **Date** _9/28/17_

---

**Dues Authorization:** During my employment, I voluntarily authorize and direct my Employer to deduct from my pay each pay period, regardless of whether I am or remain a member of the Union, an amount equal to the dues and assessments certified by the Union, and to remit such amount monthly to the Union. This authorization and direction shall become revocable by sending written notice to the Union by United States Postal Service postmarked between August 1 and August 31. I understand that signing this card is not a condition of my employment.

OCT 06 2017

**IRS Disclaimer:** Payments to the Union are not deductible as charitable donations for federal income tax purposes. However, they may be tax deductible as ordinary and necessary business expenses.

**Telephone Consumer Protection Act Statement:** I authorize the Union and its affiliates to use automated calling technologies and to text message me on my cell phone on a periodic basis, and understand that I can unsubscribe from these messages. The Union will never charge for text message alerts; carrier message and data rates may apply to such texts.

**Signature** _[signature]_   **Date** _9/28/17_

---

**Voluntary Political Action Committee Deduction:** I voluntarily authorize and direct my Employer to deduct from my salary each month the Voluntary Political Action Committee deduction designated below for the purpose of making political contributions in federal, state and local elections, and to forward that amount to the CTU/PAC, 1901 W. Carroll Avenue, Chicago, IL 60612-2401. Such deduction is to start immediately upon this authorization. I understand that I will not be favored or disadvantaged due to the amount of my contribution or refusal to contribute, and this authorization is not a condition of my employment. I release and discharge the Chicago Board of Education from liability arising as the result of the authorization and direction herein given. This authorization and direction shall remain in full force and effect while I am employed by my Employer, or until revoked by me in writing to the Chicago Teachers Union and my Employer.

**Yes! I want to see our elected officials stand up for publicly funded public education! I am volunteering to contribute to CTU PAC the designated monthly dollar amount of: $5.00 _____ $10.00 _____ $20.00 _____**

**Signature** _____   **Date** _____

# EXHIBIT B

JOANNE TROESCH
4330 142ND STREET
CRESTWOOD, IL 60418

xxxxxx
**************************************
CHICAGO PUBLIC SCHOOLS
1 N DEARBORN ST STE 950 BOARD OF EDUCATION
CHICAGO, IL 60602-0002

October 18, 2019

Dear Sir or Madam:

**Effective immediately, I resign my membership from the Union and all affiliated unions and wish to be considered a nonmember.**

Per the U.S. Supreme Court's decision in Janus v. AFSCME, I cannot be required to pay any dues or fees to a union to maintain my job.

**Therefore, neither the Union nor my Employer is authorized to enforce any authorization** I previously gave or may be perceived to have given pursuant to a signed authorization form, or any authorization that Employer has inferred on my behalf, allowing Employer to make an automatic payroll deduction for Union dues or fees.

**Furthermore, any restriction on the timing of revoking a dues/fees deduction is invalid because any previous authorization was signed under a framework Janus declared unconstitutional.**

If you refuse to accept this letter as both an effective resignation and my immediate revocation of the automatic dues or fees deduction, please inform me immediately, in writing, of exactly what must be done to revoke my automatic dues or fees deduction authorization and resign my membership in the Union.

Please respond promptly. Any further collection of dues or fees will constitute a violation of my rights under the U.S. Constitution.

Sincerely,
/S/ JoAnne Troesch
4330 142nd Street
Crestwood, Illinois 60418
708-289-6791

JOANNE TROESCH
4330 142ND STREET
CRESTWOOD, IL 60418


xxxxxx
**************************************
CHICAGO TEACHERS UNION (CTU)
1901 W CARROLL AVE
CHICAGO, IL 60612-2401

IIIııpıIıIıIıIıIııIıII|||ı|IıIıpIıIı||ıIı|ıIıIıIı||||I

October 18, 2019

Dear Sir or Madam:

**Effective immediately, I resign my membership from the Union and all affiliated unions and wish to be considered a nonmember.**

Per the U.S. Supreme Court's decision in Janus v. AFSCME, I cannot be required to pay any dues or fees to a union to maintain my job.

**Therefore, neither the Union nor my Employer is authorized to enforce any authorization** I previously gave or may be perceived to have given pursuant to a signed authorization form, or any authorization that Employer has inferred on my behalf, allowing Employer to make an automatic payroll deduction for Union dues or fees.

**Furthermore, any restriction on the timing of revoking a dues/fees deduction is invalid because any previous authorization was signed under a framework Janus declared unconstitutional.**

If you refuse to accept this letter as both an effective resignation and my immediate revocation of the automatic dues or fees deduction, please inform me immediately, in writing, of exactly what must be done to revoke my automatic dues or fees deduction authorization and resign my membership in the Union.

Please respond promptly. Any further collection of dues or fees will constitute a violation of my rights under the U.S. Constitution.

Sincerely,
/S/ JoAnne Troesch
4330 142nd Street
Crestwood, Illinois 60418
708-289-6791

IFEOMA NKEMDI
9321 S CREGIER
CHICAGO, IL 60619

xxxxxx
*************************************
CHICAGO TEACHERS UNION (CTU)
1901 W CARROLL AVE
CHICAGO, IL 60612-2401
|||ıı|ıı|ı|ı|ıı|ıı||ı|ı||||ı||ı|ı|ı||ı|||ı|ı|ı||ı|ıı||||||

October 22, 2019

Dear Sir or Madam:

**Effective immediately, I resign my membership from the Union and all affiliated unions and wish to be considered a nonmember.**

Per the U.S. Supreme Court's decision in Janus v. AFSCME, I cannot be required to pay any dues or fees to a union to maintain my job.

**Therefore, neither the Union nor my Employer is authorized to enforce any authorization**  I previously gave or may be perceived to have given pursuant to a signed authorization form, or any authorization that Employer has inferred on my behalf, allowing Employer to make an automatic payroll deduction for Union dues or fees.

**Furthermore, any restriction on the timing of revoking a dues/fees deduction is invalid because any previous authorization was signed under a framework Janus declared unconstitutional.**

If you refuse to accept this letter as both an effective resignation and my immediate revocation of the automatic dues or fees deduction, please inform me immediately, in writing, of exactly what must be done to revoke my automatic dues or fees deduction authorization and resign my membership in the Union.

Please respond promptly. Any further collection of dues or fees will constitute a violation of my rights under the U.S. Constitution.

Sincerely,
/S/ Ifeoma Nkemdi
9321 S Cregier
Chicago, Illinois 60619
312-804-0360

IFEOMA NKEMDI
9321 S CREGIER
CHICAGO, IL 60619

xxxxxx
**************************************
CHICAGO PUBLIC SCHOOLS
1 N DEARBORN ST STE 950 BOARD OF EDUCATION
CHICAGO, IL 60602-0002

October 22, 2019

Dear Sir or Madam:

**Effective immediately, I resign my membership from the Union and all affiliated unions and wish to be considered a nonmember.**

Per the U.S. Supreme Court's decision in Janus v. AFSCME, I cannot be required to pay any dues or fees to a union to maintain my job.

**Therefore, neither the Union nor my Employer is authorized to enforce any authorization**  I previously gave or may be perceived to have given pursuant to a signed authorization form, or any authorization that Employer has inferred on my behalf, allowing Employer to make an automatic payroll deduction for Union dues or fees.

**Furthermore, any restriction on the timing of revoking a dues/fees deduction is invalid because any previous authorization was signed under a framework Janus declared unconstitutional.**

If you refuse to accept this letter as both an effective resignation and my immediate revocation of the automatic dues or fees deduction, please inform me immediately, in writing, of exactly what must be done to revoke my automatic dues or fees deduction authorization and resign my membership in the Union.

Please respond promptly. Any further collection of dues or fees will constitute a violation of my rights under the U.S. Constitution.

Sincerely,
/S/ Ifeoma Nkemdi
9321 S Cregier
Chicago, Illinois 60619
312-804-0360

# EXHIBIT C



Jesse Sharkey
*President*

Stacy Davis Gates
*Vice President*

Christel Williams-Hayes
*Recording Secretary*

Maria T. Moreno
*Financial Secretary*

*Affiliations*
American Federation of
Teachers, Illinois Federation
of Teachers, American
Federation of Labor -
Congress of Industrial
Organizations, Illinois
Federation of Labor -
Congress of Industrial
Organizations, and Chicago
Federation of Labor,
Industrial Union Council

November 15, 2019

JoAnne Troesch
4330 142nd Street
Crestwood, Illinois 60418

Dear JoAnne Troesch:

You are receiving this letter because you contacted the Chicago Teachers Union regarding the resignation of your union membership and revocation of dues authorization. In accordance with the agreement you signed on your membership and dues authorization card, the dues revocation window is August 1st through August 31st. As such, we will hold on to your request and in August, we will tell the Chicago Public Schools that we are no longer collecting any dues from you and will tell them to stop all deductions for such dues effective September 1st. You do not have to do anything to stop the deduction of dues unless you feel that CPS has failed to stop deductions after September 1st. Please contact CPS at (773) 553-1000, if you believe that is the case at that time.

If you are still employed by CPS, I urge you to consider the important benefits of union membership. Members support the efforts of their co-workers to obtain better wages, benefits and job protections for the entire bargaining unit. Additionally, only members are entitled to participate in internal union matters, to vote for union leaders, and to vote to reject or ratify contracts. I urge you to rejoin the Chicago Teachers Union by completing the enclosed Nonmember Informed Consent Form and return it in the enclosed envelope.

Sincerely,

*Maria T. Moreno*

Maria T. Moreno
Financial Secretary

MTM:NEA/OTEG/743
Encl.



## NON-MEMBER INFORMED CONSENT FORM

**Please check the following boxes to indicate that you understand the advantages of Chicago Teachers Union membership you would <u>lose</u> if you withdraw your membership.**

<u>By remaining a CTU member I understand that</u>:

☐ I can formally submit contract proposals, vote on contract demands, vote to approve or reject a contract, and vote to authorize or reject a strike.

☐ I can vote in CTU elections of officers, executive board members and other representatives, constitutional changes, and union-wide initiatives.

☐ CTU will provide legal representation in the event of a dismissal proceeding.

☐ I can influence political endorsements made by the union.

☐ As a result of being a CTU member I have participated in vibrant campaigns that:
- Restored $30 million to serve our most vulnerable students, who depend on Special Education services.
- Forced the Mayor to release $175 million in TIF surplus funds and the Governor to restore nearly $500 million to the school budget for essential school-level needs.
- Severely reduced CPS' ability to layoff members of our bargaining unit without rights to full-pay and benefits.
- Stopping CPS from imposing an 8.5% cut in pension and health benefits on CTU members even as they did to non-unionized employees.

By maintaining my CTU membership, I strengthen the ability of my co-workers to continue to improve the teaching and learning conditions both inside of my school and throughout the city.

---

☐ I want to remain a member

Name _____ Date _____
            Please print

Signature _____

---

MTM:NEA/OTEG/743



# CHICAGO TEACHERS UNION

Jesse Sharkey
*President*

Stacy Davis Gates
*Vice-President*

Christel Williams-Hayes
*Recording Secretary*

Maria T. Moreno
*Financial Secretary*

*Affiliations*
American Federation of
Teachers, Illinois Federation
of Teachers, American
Federation of Labor -
Congress of Industrial
Organizaions, Illinois
Federation of Labor -
Congress of Industrial
Organizations, and Chicago
Federation of Labor,
Industrial Union Council.

November 15, 2019

Ifeoma Nkemdi
9321 South Cregier
Chicago, Illinois 60619

Dear Ifeoma Nkemdi:

You are receiving this letter because you contacted the Chicago Teachers Union regarding the resignation of your union membership and revocation of dues authorization. In accordance with the agreement you signed on your membership and dues authorization card, the dues revocation window is August 1st through August 31st. As such, we will hold on to your request and in August, we will tell the Chicago Public Schools that we are no longer collecting any dues from you and will tell them to stop all deductions for such dues effective September 1st. You do not have to do anything to stop the deduction of dues unless you feel that CPS has failed to stop deductions after September 1st. Please contact CPS at (773) 553-1000, if you believe that is the case at that time.

If you are still employed by CPS, I urge you to consider the important benefits of union membership. Members support the efforts of their co-workers to obtain better wages, benefits and job protections for the entire bargaining unit. Additionally, only members are entitled to participate in internal union matters, to vote for union leaders, and to vote to reject or ratify contracts. I urge you to rejoin the Chicago Teachers Union by completing the enclosed Nonmember Informed Consent Form and return it in the enclosed envelope.

Sincerely,

*Maria T. Moreno*

Maria T. Moreno
Financial Secretary

MTM:NEA/OTEG/743
Encl.

# EXHIBIT D



# CHICAGO TEACHERS UNION

March 9, 2020

Jesse Sharkey
*President*

Stacy Davis Gates
*Vice President*

Christel Williams-Hayes
*Recording Secretary*

Maria T. Moreno
*Financial Secretary*

*Affiliations*
American Federation of
Teachers, Illinois Federation
of Teachers, American
Federation of Labor -
Congress of Industrial
Organizaions, Illinois
Federation of Labor -
Congress of Industrial
Organizations, and Chicago
Federation of Labor,
Industrial Union Council

Ms. Joanne Troesch
4330 142nd Street
Crestwood, IL  60445-2202

Dear Ms. Troesch:

In accordance with our previous letter to you, the Executive Board of the Chicago Teachers Union has considered the charge against you that you violated the official strike policy of the Chicago Teachers Union by accepting pay for employment for one or more of the eleven (11) days of the strike during October 17 – 31, 2019.

The Executive Board has determined that you are guilty, and pursuant to the provisions of Article XIV of the Constitution and By-Laws of the Chicago Teachers Union, the Executive Board has voted the following penalty for your failure to observe the official strike policy:

> Suspension from Union membership and loss of benefits derived there from (including liability insurance coverage) to be in effect until such time as the member pays the assessed fine (net salary received during the strike). Net salary is defined as gross salary less Federal and State Income Tax and Pension deduction. This must be verified by payroll records of the period covering October 17 – 31, 2019, payroll periods.

On Monday, February 24, 2020, the Executive Board voted that your name will be withdrawn as a member of the Chicago Teachers Union effective Friday, March 20, 2020 unless you contact us to make arrangements to pay the fine prior to that date. If you wish to pay the fine for all money received by you during the strike period or agree to a payment program satisfactory to the Union, you may be reinstated.

In accordance with the membership application form which you signed, your dues authorization will be revoked during the next drop period which is in August 2020.

Sincerely,



Jesse Sharkey
President

Christel Williams-Hayes
Recording Secretary

Enclosure
JS:CWH:oteg-743-gpc



# CHICAGO
# TEACHERS
# UNION

March 9, 2020

Jesse Sharkey
*President*

Stacy Davis Gates
*Vice President*

Christel Williams-Hayes
*Recording Secretary*

Maria T. Moreno
*Financial Secretary*

*Affiliations*
American Federation of
Teachers, Illinois Federation
of Teachers, American
Federation of Labor -
Congress of Industrial
Organizations, Illinois
Federation of Labor -
Congress of Industrial
Organizations, and Chicago
Federation of Labor,
Industrial Union Council

Ms. Ifeoma Nkemdi
8606 S. Rhodes Ave.
Chicago, IL  60619-6009

Dear Ms. Nkemdi:

In accordance with our previous letter to you, the Executive Board of the Chicago Teachers Union has considered the charge against you that you violated the official strike policy of the Chicago Teachers Union by accepting pay for employment for one or more of the eleven (11) days of the strike during October 17 – 31, 2019.

The Executive Board has determined that you are guilty, and pursuant to the provisions of Article XIV of the Constitution and By-Laws of the Chicago Teachers Union, the Executive Board has voted the following penalty for your failure to observe the official strike policy:

> Suspension from Union membership and loss of benefits derived there from (including liability insurance coverage) to be in effect until such time as the member pays the assessed fine (net salary received during the strike). Net salary is defined as gross salary less Federal and State Income Tax and Pension deduction. This must be verified by payroll records of the period covering October 17 – 31, 2019, payroll periods.

On Monday, February 24, 2020, the Executive Board voted that your name will be withdrawn as a member of the Chicago Teachers Union effective Friday, March 20, 2020 unless you contact us to make arrangements to pay the fine prior to that date. If you wish to pay the fine for all money received by you during the strike period or agree to a payment program satisfactory to the Union, you may be reinstated.

In accordance with the membership application form which you signed, your dues authorization will be revoked during the next drop period which is in August 2020.

Sincerely,

Jesse Sharkey
President

Christel Williams-Hayes
Recording Secretary

Enclosure
JS:CWH:oteg-743-gpc