# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

JoAnne Troesch, Ifeoma Nkemdi

Plaintiff(s),

v.

Chicago Teachers Union, Board of Education of City of Chicago

Defendant(s).

Case No. 20-cv-2682
Judge John Z. Lee

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Chicago Teachers Union, Board of Education of City of Chicago

and against plaintiff(s) JoAnne Troesch, Ifeoma Nkemdi

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Lee on a motion to dismiss.


Date: 2/26/2021

Thomas G. Bruton, Clerk of Court

Carmen Acevedo , Deputy Clerk