# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## ORDER

April 15, 2021

Before

**MICHAEL S. KANNE**, *Circuit Judge*
**DIANE P. WOOD**, *Circuit Judge*
**DAVID F. HAMILTON**, *Circuit Judge*

| | |
|---|---|
| No. 21-1525 | JOANNE TROESCH and IFEOMA NKEMDI, on behalf of themselves and the putative class,<br>Plaintiffs - Appellants<br><br>v.<br><br>CHICAGO TEACHERS UNION, LOCAL UNION NO. 1, AMERICAN FEDERATION OF TEACHERS and THE BOARD OF EDUCATION OF THE CITY OF CHICAGO,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:20-cv-02682<br>Northern District of Illinois, Eastern Division<br>District Judge John Z. Lee | |

The following are before the court:

1. **MOTION TO DISMISS OR STAY**, filed on March 29, 2021, by counsel for Appellee Board of Education of the City of Chicago.

2. **APPELLEE CHICAGO TEACHERS UNION'S JOINDER IN MOTION TO DISMISS OR STAY**, filed on March 31, 2021, by counsel for Appellee Chicago Teachers Union.

No. 21-1525 Page 2

3. **APPELLANTS' RESPONSE TO MOTION TO DISMISS OR STAY**, filed on April 5, 2021, by counsel for appellants.

JoAnne Troesch and Ifeoma Nkemdi appeal the dismissal of their complaint alleging that the Board of Education of the City of Chicago and the Chicago Teachers Union violated the First Amendment by permitting union members to stop their dues payments only during an annual escape period. The parties agree that the outcome of Troesch and Nkemdi's appeal is controlled by our recent decision in *Bennett v. Council 31 of the American Federation of State County and Municipal Employees*, 991 F.3d 724 (7th Cir. 2021), in which we held that it does not violate the First Amendment for a union to continue deducting dues that an employee voluntarily agreed to pay. Accordingly,

**IT IS ORDERED** that the motion is **GRANTED** and the judgment of the district court is summarily **AFFIRMED**.

form name: **c7_Order_3J**(form ID: **177**)